In the Matter of the Application of Bator Realty Corporation for an Order of Certiorari to Review the Findings of William E. Walsh and Others.—

Motion denied, with ten dollars costs. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.